223 So.2d 872

**MICHIGAN WISCONSIN PIPE LINE COMPANY**

v.

**SUGARLAND DEVELOPMENT CORPORATION and Jessie L. Angelle.**

No. 49914.

June 27, 1969.

In re: Michigan Wisconsin Pipe Line Company applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Martin. 221 So.2d 593.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal there appears no error of law in the judgment complained of.

223 So.2d 872

**Dave L. PEARCE, Commissioner of the Louisiana Department of Agriculture**

v.

**Carl GUNTER.**

No. 49919.

June 27, 1969.

In re: Carl Gunter applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 221 So.2d 599.

Writ refused. The judgment is not final.